**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 544 MAL 2022

Respondent                    :

                                       :    Petition for Allowance of Appeal
                                       :    from the Order of the Superior Court

v.                               :

                                       :

TREMAINE DIVINE JAMISON,      :

                                       :

Petitioner                     :

## ORDER

**PER CURIAM**

       **AND NOW**, this 25th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.